UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JORGE GALEAS, JR.
        Plaintiff(s)
   v.
THEDIS BECK; BOYD BENNETT; RICKY
ANDERSON; KENNETH E. LASSITER;
JOSEPH HARRELL; W. BASNIGHT; A.
SKINNER; CASSANDRA HERRING;
SEAN T. DILLARD; VICTOR
LOCKLEAR; LT. BERTZ; L. SWAIN; D.
PHILLIPS; L. JACKSON; C/O
STRICKLAND; JOHN DOE, JOHN DOE 2
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3086-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on April 12, 2011, with service on:
Jorge Galeas Jr, 0655559, Lanesboro Correctional Center, P.O. Box 280, Polkton, NC 28135
(via U.S. Mail)

April 12, 2011          /s/ Dennis P. Iavarone
                                                                        Clerk