IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JORGE GALEAS, JR.,<br>    Plaintiff,<br>v.<br>THEDIS BECK; BOYD BENNETT; RICKY ANDERSON; KENNETH E. LASSITER; JOSEPH HARRELL; W. BASNIGHT; A. SKINNER; CASSANDRA HERRING; SEAN T. DILLARD; VICTOR LOCKLEAR; LT. BERTZ; L. SWAIN; D. PHILLIPS; L. JACKSON; C/O STRICKLAND; JOHN DOE, JOHN DOE 2,<br>    Defendants. | AMENDED<br>**Judgment in a Civil Case**<br><br><br>Case Number: 5:10-CT-3086-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of plaintiff's motion to alter or amend judgment.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous and Galeas's claim against officials at Lanesboro Correctional Institution is dismissed without prejudice.

This Judgment Filed and Entered on October 31, 2011, with service on:
Jorge Galeas Jr. 0655559, Lanesboro Correctional Institution, P.O. Box 280, Polkton, NC 28135 (via U.S. Mail)

| | |
|---|---|
| October 31, 2011 | /s/ Dennis P. Iavarone |
| | Clerk |